IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARLON CAMPBELL,  　　　　　　　　　　No. C 13-1446 YGR (PR)

　　　　Petitioner,  　　　　　　　　　　**JUDGMENT**

vs.

MARTIN FRINK, Warden,

　　　　Respondent.
_____/

　　　Pursuant to the Court's Order Granting Respondent's Motion to Dismiss Petition as Untimely; and Denying Certificate of Appealability signed today, this action is DISMISSED WITH PREJUDICE. 28 U.S.C. § 2244(d).

　　　IT IS SO ORDERED.

DATED: September 26, 2014

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

P:\PRO-SE\YGR\HC.13\Campbell1446.jud.frm